James E. Cecchi (NJ 030861989)
*Admitted Pro Hac Vice in MDL 3149*
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Email: jcecchi@carellabyrne.com

*Lead Counsel for the proposed Track 2 Class Action and Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION,<br><br>This Document Relates to:<br>Track 2: Class Action<br><br>Civil Action No. '25CV2417 BEN MSB | Case No. 25-md-3149-RTB-MSB<br><br>MDL No. 3149<br><br>Judge Roger T. Benitez<br><br>Magistrate Judge Michael S. Berg<br><br>Designated Forum: District of New Jersey |

**DIRECT FILING NOTICE**

Pursuant to Case Management Order No. 5: Direct Filing (Tracks One & Two) and Short Form Complaint (Track Two School District Direct Actions) ("CMO") in the above-captioned multidistrict litigation, Plaintiff Gateway Academy Charter School ("Plaintiff") hereby gives notice of its direct filing into the United States District Court for the Southern District of California on August 12, 2025 in the Track 2: Class Action ("Amended Complaint"). *See* MDL 3149, Dkt. 263.

Plaintiff joins the consolidated action brought by Plaintiff Irvington Public Schools, *Irvington Public Schools v. PowerSchool Holdings, Inc., et al.*, No. 3:25-cv-01257-RTB-MSB (SD. Cal.), and pursuant to the CMO, designates the federal district court in which Plaintiff would have filed in the absence of direct filing as the District of New Jersey, where

Plaintiff contracted with Defendant PowerSchool Holdings, Inc. and Defendant PowerSchool Group, LLC.

Plaintiff re-alleges and incorporates by reference all allegations brought in the Amended Complaint and demands a trial by jury pursuant to Federal Rule of Civil Procedure 38(b).

Dated: September 15, 2025

Respectfully submitted,

*/s/ James E. Cecchi*

James E. Cecchi (NJ 030861989)
*Admitted Pro Hac Vice in MDL 3149*
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Email: jcecchi@carellabyrne.com

*Lead Counsel for the proposed Track 2 Class Action and Counsel for Plaintiff*